IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JESHUN WILLIAMS**  **PLAINTIFF**
**ADC #146670**

v.  CASE NO. 5:18-CV-00031 BSM

**DOES**  **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 7] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, this case is dismissed without prejudice as frivolous; this dismissal counts as a strike for the purposes of 28 U.S.C. § 1915(g); and it is certified that an *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE