# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JESHUN WILLIAMS**                                                                       **PLAINTIFF**
**ADC #146670**

**v.**                 **CASE NO. 5:18-CV-00031 BSM**

**DOES**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of March 2018.

                                                                        */s/ Brian S. Miller*
                                                    **UNITED STATES DISTRICT JUDGE**